UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STACEY PITTS for JOANNA PITTS,

    Plaintiff,

vs.                        CASE NO. 5:07cv293/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 17) and Plaintiff's Motion To Dismiss Complaint (Doc. 16). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated in this Order.

2. Plaintiff's Motion To Dismiss (Doc. 16) is **granted**.

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on August 21, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**